

**SONNENSCHEIN NATH & ROSENTHAL LLP**

1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
202.408.6400
202.408.6399 fax
www.sonnenschein.com

*Chicago*
*Kansas City*
*Los Angeles*
*New York*
*San Francisco*
*Short Hills, N.J.*
*St. Louis*
*Washington, D.C.*
*West Palm Beach*

**Marc Zwillinger**
202.408.9171
mzwillinger@sonnenschein.com

October 21, 2003

<u>VIA U.S. MAIL</u>

Clerk's Office
United States District Court
Western District of Michigan
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503



    Re:    DIRECTV v. Knowles d/b/a DSS prophet.com, Case No. 1-03-CV-0043

Dear Court Clerk:

    On July 16, 2003 I sent a letter to Clerk of the Court Ronald C. Weston indicating that Sonnenschein Nath & Rosenthal had become a limited liability partnership and its name had been changed to "Sonnenschein Nath & Rosenthal LLP." My letter was meant solely to inform the Court of the firm's name change and was not meant as motion to appear in the above referenced case.

    I have received two notices regarding filing an application for admission to practice in this Court. The attorney of record for this case is Paul Sorenson with Warner Norcross & Judd LLP. Please note that I am not a member of the bar of Michigan and do not wish to appear in this case.

    Please do not hesitate to contact me if you have any questions.

                                 Sincerely,

                                 Marc Zwillinger